## Eliza J. Peirce *vs.* William N. Peirce.

Plymouth.    October, 17, 1893. — November 29, 1893.

Present: Field, C. J., Allen, Holmes, Knowlton, & Lathrop, JJ.

*Divorce — Desertion — Actual Knowledge — Invalid Second Marriage.*

On a libel for divorce for desertion, it appeared that the libellant when married to F. knew that P., her husband, was alive, and that the bonds of matrimony had not been dissolved by a divorce. She consulted a clergyman, who informed her that her marriage with P. had "run out," and that she had a legal right to get married, and, believing this to be true, she was married to F. *Held,* that the case disclosed a mistake of law, not of fact, and that the libel was rightly dismissed.

Libel for divorce, on the ground of desertion. Hearing before *Braley,* J., who ruled, as matter of law, that the libel could not be maintained, ordered it dismissed, and reported the case for the determination of this court. If the ruling was right, the order was to be affirmed ; if wrong, a decree of divorce nisi, for desertion, was to be entered. The facts appear in the opinion.

*L. LeB. Holmes,* for the libellant.

No counsel appeared for the libellee.

Field, C. J.    In this case the libellant, when she was in due form married to Flagg, knew that Peirce, her husband, was alive, and that the bonds of matrimony between herself and Peirce had not been dissolved by a divorce. She in good faith consulted a clergyman of good standing, who informed her that

her marriage with Peirce had " run out," and that she had " a perfect legal right to get married "; and believing this to be true, she was married to Flagg.   The case discloses no mistake of fact on the part of the libellant, but a mistake of law, and in accordance with our decisions the justice who heard the libel rightly ordered it to be dismissed.   *Moors* v. *Moors*, 121 Mass. 232.   *Whippen* v. *Whippen*, 147 Mass. 294.   *Pratt* v. *Pratt*, 157 Mass. 503.   *Darrow* v. *Darrow*, 159 Mass. 262.

*Decree affirmed.*